**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOHNNY RAY VAUGHN**                                                                 **PLAINTIFF**

v.                                          No: 4:21-cv-00567-JM

**RODNEY WRIGHT,** *et al.*                                                      **DEFENDANTS**

## ORDER

Plaintiff Johnny Ray Vaughn filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on June 24, 2021 (Doc. No. 1). On June 25, 2021, the Court entered an order directing Vaughn to submit the full $402.00 filing and administrative fees or file a fully completed *in forma pauperis* application within 30 days. *See* Doc. No. 2. Vaughn was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Vaughn has not complied or otherwise responded to the June 25 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Vaughn's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 5th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE